1  JOSHUA OSBORNE-KLEIN (WSB #36736)
   KRISTEN L. BOYLES (CSB #158450)
2  Earthjustice
   705 Second Avenue, Suite 203
3  Seattle, WA  98104
   (206) 343-7340
4  (206) 343-1526 *[FAX]*
   josborne-klein@earthjustice.org
5  kboyles@earthjustice.org

6
   SHELLEY DAVIS (CSB #84539)
7  VIRGINIA RUIZ (CSB #194986)
   Farmworker Justice
8  1126 – 16th Street, N.W., Suite 270
   Washington, D.C.  20036
9  (202) 293-5420
   (202) 293-5427 *[FAX]*
10 sdavis@nclr.org
   vruiz@nclr.org
11

12 *Attorneys for Plaintiffs*
   *(complete list of parties on signature page)*
13

14 GREGORY C. LOARIE (CSB #215859)
   Earthjustice
15 426 - 17th Street, 5th Floor
   Oakland, CA  94612
16 (510) 550-6725
   (510) 550-6749 *[FAX]*
17 gloarie@earthjustice.org

18 *Local Counsel for Plaintiffs*

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, UNITED FARM WORKERS, NATURAL RESOURCES DEFENSE COUNCIL, TEAMSTERS LOCAL 890, BEYOND PESTICIDES, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, CENTER FOR ENVIRONMENTAL HEALTH, FARM LABOR ORGANIZING COMMITTEE, AFL-CIO, and ALASKA COMMUNITY ACTION ON TOXICS, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br>Defendant. | Case No.  CV08-3542-VRW <br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that, to the best of their knowledge, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) may have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) may have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1)  Makhteshim Agan of North America, Inc.

2)  Makhteshim Chemical Works, Ltd.

3)  Drexel Chemical Company

In addition, because this case involves review of EPA's alleged failure to properly regulate a pesticide used in agriculture, this case may affect other persons, associations of persons, firms, partnerships, corporations, or other entities engaged in agricultural activities.

Plaintiffs Pesticide Action Network North America, United Farm Workers, Natural

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1  Resources Defense Council, Teamsters Local 890, Beyond Pesticides, Pineros y Campesinos
2  Unidos del Noroeste, Center for Environmental Health, Farm Labor Organizing Committee,
3  AFL-CIO, and Alaska Community Action on Toxics have no parent companies, subsidiaries or
4  affiliates that have issued shares to the public in the United States or abroad.
5      Respectfully submitted this 24th day of July, 2008.

/s/ Gregory C. Loarie
GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA 94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs Pesticide Action Network North America, United Farm Workers, Natural Resources Defense Council, Teamsters Local 890, Beyond Pesticides, Pineros y Campesinos Unidos del Noroeste, Center for Environmental Health, Farm Labor Organizing Committee, AFL-CIO, and Alaska Community Action on Toxics*

JOSHUA OSBORNE-KLEIN (WSB #36736)
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 *[FAX]*
josborne-klein@earthjustice.org
kboyles@earthjustice.org

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

1  
2  
3  
4  
5  

SHELLEY DAVIS (CSB #84539)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

*Attorneys for Plaintiffs*

6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS   -4-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*