# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

PESTICIDE ACTION NETWORK NORTH AMERICA, UNITED FARM WORKERS, NATURAL RESOURCES DEFENSE COUNCIL, TEAMSTERS LOCAL 890, BEYOND PESTICIDES, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, CENTER FOR ENVIRONMENTAL HEALTH, FARM LABOR ORGANIZING COMMITTEE, AFL-CIO, and ALASKA COMMUNITY ACTION ON TOXICS,

Plaintiffs,

V.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 08 3542 VRW

TO: (Name and address of defendant)

Stephen Johnson, Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Mail Code: 1101A
Washington, D.C. 20460

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOSHUA OSBORNE-KLEIN
KRISTEN L. BOYLES
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 [FAX]

SHELLEY DAVIS
VIRGINIA RUIZ
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C. 20036
(202) 293-5420
(202) 293-5427 [FAX]

GREGORY C. LOARIE
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA 94612
(510) 550-6725
(510) 550-6749 [FAX]

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUL 2 4 2008

RICHARD W. WIEKING
CLERK                                                    DATE

ANNA SPRINKLES

(BY) DEPUTY CLERK