| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Joshua Osborne-Klein
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

PESTICIDE ACTION NETWORK
NORTH AMERICA, et al.,

            Plaintiff(s),

    v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

            Defendant(s).

CASE NO. CV08-3542-VRW

AMENDED
**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, JOSHUA OSBORNE-KLEIN, an active member in good standing of the bar of Washington State Supreme Court, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Gregory C. Loarie, Earthjustice, 426 - 17th Street, 5th Floor, Oakland, CA 94612, (510) 550-6725

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 7, 2008                               /s/ JOK

1  CERTIFICATE OF SERVICE

2  I am a citizen of the United States and a resident of the State of Washington. I am over 18

3  years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203,

4  Seattle, Washington 98104.

5  I hereby certify that on August 7, 2008, I electronically filed the foregoing with the Clerk of

6  the Court using the CM/ECF system which will send notification of such filing to the following:

7  No Appearances Have Been Filed

8

9  and I hereby certify that I have mailed by United States Postal Service and/or emailed the document

10  to the following non CM/ECF participants:

11  Stephen Johnson
    Administrator                                      ☐ via facsimile
12  Environmental Protection Agency                    ☐ via overnight courier
    Ariel Rios Building                                ☒ via first-class U.S. mail
13  1200 Pennsylvania Avenue, N.W.                     ☐ via hand delivery
14  Mail Code: 1101A                                   ☐ via e-mail
    Washington, D.C. 20460                             ☐ via electronic service by Clerk
15
16  Courtney Taylor
    U.S. Department of Justice                         ☐ via facsimile
17  Environment & Natural Resources Division           ☐ via overnight courier
    Wildlife & Marine Resources Section                ☐ via first-class U.S. mail
18  Ben Franklin Station, P.O. Box 7369                ☐ via hand delivery
    Washington, D.C. 20044-7369                        ☒ via e-mail
19  (202) 353-7548                                     ☐ via electronic service by Clerk
    (202) 305-0275 *[FAX]*
20  courtney.taylor@usdoj.gov
    *Attorney for Federal Defendants*
21
22  Leslie M. Hill
    U.S. Department of Justice                         ☐ via facsimile
23  Environment & Natural Resources Division           ☐ via overnight courier
    Environmental Defense Section                      ☐ via first-class U.S. mail
24  601 D. Street N.W., Suite 8000                     ☐ via hand delivery
25  Washington, D.C. 20004                             ☒ via e-mail
    (202) 514-0375                                     ☐ via electronic service by Clerk
26  (202) 514-8865 *[FAX]*
    leslie.hill@usdoj.gov
27  *Attorneys for Defendants*
28

CERTIFICATE OF SERVICE
(Case No. CV08-3542-VRW)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

1  |  I, Catherine Hamborg, declare under penalty of perjury that the foregoing is true and correct.
2  | Executed on this 7th day of August, 2008, at Seattle, Washington.

*[signature]*
Catherine Hamborg

CERTIFICATE OF SERVICE
(Case No. CV08-3542-VRW)   -2-

*Earthjustice*
705 Second Ave., Suite 203
Seattle, WA 98104
(206) 343-7340

UNITED STATES DISTRICT COURT

Northern District of California

PESTICIDE ACTION NETWORK
NORTH AMERICA, et al.,

                Plaintiff(s),

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

                Defendant(s).
_____/

CASE NO. CV08-3542-VRW

AMENDED (Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

    JOSHUA OSBORNE-KLEIN, an active member in good standing of the bar of Washington State Supreme Court whose business address and telephone number (particular court to which applicant is admitted) is

Earthjustice, 705 Second Avenue, Suite 203, Seattle, WA 98104
(206) 343-7340

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                            United States District Judge