# United States District Court

**E-filing**

NORTHERN DISTRICT OF CALIFORNIA

PESTICIDE ACTION NETWORK NORTH AMERICA, UNITED FARM WORKERS, NATURAL RESOURCES DEFENSE COUNCIL, TEAMSTERS LOCAL 890, BEYOND PESTICIDES, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, CENTER FOR ENVIRONMENTAL HEALTH, FARM LABOR ORGANIZING COMMITTEE, AFL-CIO, and ALASKA COMMUNITY ACTION ON TOXICS,

Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**CV 08    3542  VRW**

TO: (Name and address of defendant)

Stephen Johnson, Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Mail Code: 1101A
Washington, D.C. 20460

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| JOSHUA OSBORNE-KLEIN<br>KRISTEN L. BOYLES<br>Earthjustice<br>705 Second Avenue, Suite 203<br>Seattle, WA 98104<br>(206) 343-7340<br>(206) 343-1526 [FAX] | SHELLEY DAVIS<br>VIRGINIA RUIZ<br>Farmworker Justice<br>1126 – 16th Street, N.W., Suite 270<br>Washington, D.C. 20036<br>(202) 293-5420<br>(202) 293-5427 [FAX] | GREGORY C. LOARIE<br>Earthjustice<br>426 - 17th Street, 5th Floor<br>Oakland, CA 94612<br>(510) 550-6725<br>(510) 550-6749 [FAX] |

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

JUL 2 4 2008

CLERK

DATE

(BY) DEPUTY CLERK   ANNA SPRINKLES

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 8/5/2008 |
| NAME OF SERVER *(PRINT)* Catherine Hamborg | TITLE | Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   Certified mail, return receipt requested

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $0.00 | SERVICES $0.00 | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/8/2008
              Date                    Signature of Server

705 Second Avenue, Suite 203, Seattle, WA 98104
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: 7008 1140 0002 7033 3032
Detailed Results:

- Delivered, August 05, 2008, 7:25 am, WASHINGTON, DC 20460
- Arrival at Unit, August 05, 2008, 4:39 am, WASHINGTON, DC 20022

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent   ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery 8/5/08 |
| 1. Article Addressed to:<br><br>Stephen L. Johnson, Administrator<br>Environmental Protection Agency<br>Ariel Rios Building, Mail Code 1101A<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |