1  Laurence A. Weiss (Bar No. 164638)
       Laurence.Weiss@hellerehrman.com
2  HELLER EHRMAN LLP
   275 Middlefield Road
3  Menlo Park, CA  94025-3506
   Telephone:     650.324.7000
4  Facsimile:     650.324.0638

5  David B. Weinberg (D.C. Bar # 186247)
   (Pending *pro hac vice*)
6      dweinberg@wileyrein.com
   Eric Andreas (D.C. Bar # 462777)
7      eandreas@wileyrein.com
   David E. Markert (D.C. Bar #502486)
8      dmarkert@wileyrein.com
   WILEY REIN LLP
9  1776 K Street NW
   Washington, DC  20006
10 Telephone:     202.719.7000
   Facsimile:     202.719.7049
11
   Attorneys for Intervenor-Defendant
12 Makhteshim Agan of North America, Inc.

13              **UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14              **SAN FRANCISCO DIVISION**

15
   PESTICIDE ACTION NETWORK              )   Case No. C 08-03542 VRW
16 NORTH AMERICA, et al.,                )
                                         )
17              Plaintiffs,              )   **RULE 7.1 DISCLOSURE STATEMENT**
                                         )   **AND CIVIL LOCAL RULE 3-16**
18                                       )   **CERTIFICATION OF INTERESTED**
       v.                                )   **ENTITIES OR PERSONS FOR**
19                                       )   **INTERVENOR-DEFENDANT**
                                         )   **MAKHTESHIM AGAN OF NORTH**
20 UNITED STATES ENVIRONMENTAL           )   **AMERICA, INC.**
   PROTECTION AGENCY,                    )
21                                       )
                Defendant.                )
22 _____)

23

24

25

26

27

28

RULE 7.1 DISCLOSURE STATEMENT & LOCAL RULE 3-16 CERTIFICATION – CASE NO. C 08-03542 VRW

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Intervenor-Defendant Makhteshim Agan of North America, Inc. ("MANA"), through its undersigned counsel, certifies that MANA is a wholly-owned subsidiary of Makhteshim Agan Holding B.V., a Dutch company, and that there are no other publicly-held corporations owning 10% or more of MANA's common stock.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16, Intervenor-Defendant Makhteshim Agan of North America, Inc. ("MANA"), through its undersigned counsel, certifies that, in addition to the named plaintiffs and defendant hereto and MANA as Intervenor-Defendant, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| INTERESTED PARTIES | CONNECTION AND/OR INTEREST |
|---|---|
| Makhteshim Agan Holding B.V. | Parent of Intervenor-Defendant MANA |
| FarmSaver.com, LLC | Subsidiary of MANA |
| Control Solutions Inc. | Subsidiary of MANA |
| Alligare LLC | Subsidiary of MANA |
| Makhteshim Chemical Works, Ltd. | Holder of technical endosulfan registration |
| Drexel Chemical Co. | Holder of technical endosulfan registration |

1

RULE 7.1 DISCLOSURE STATEMENT & LOCAL RULE 3-16 CERTIFICATION – CASE NO. C 08-03542 VRW

1
2  DATED:       August 20, 2008                    HELLER EHRMAN LLP
3
                                                   By:_____/s/_____
4  David B. Weinberg (D.C. Bar # 186247)               Laurence A. Weiss
   (Pending *pro hac vice*)                              Laurence.Weiss@hellerehrman.com
5     dweinberg@wileyrein.com                      HELLER EHRMAN LLP
   Eric Andreas (D.C. Bar # 462777)                275 Middlefield Road
6     eandreas@wileyrein.com                       Menlo Park, CA  94025-3506
   David E. Markert (D.C. Bar #502486)             Telephone:   650.324.7000
7     dmarkert@wileyrein.com                       Facsimile:   650.324.0638
   WILEY REIN LLP
8  1776 K Street NW
   Washington, DC  20006
9  Telephone:   202.719.7000
   Facsimile:   202.719.7049
10
                          Attorneys for Intervenor-Defendant
11                     Makhteshim Agan of North America, Inc.

28
                                          2

RULE 7.1 DISCLOSURE STATEMENT & LOCAL RULE 3-16 CERTIFICATION – CASE NO. C 08-03542 VRW