

Clerk's Use Only

Initial for fee pd.:

David B. Weinberg
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Tel: (202) 719-7000

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

PESTICIDE ACTION NETWORK )
NORTH AMERICA, et al., )
                                     Plaintiff(s),    )    CASE NO. C 08-03542 VRW
    v. )
                                                    )    APPLICATION FOR
UNITED STATES ENVIRONMENTAL )    ADMISSION OF ATTORNEY
PROTECTION AGENCY, )    *PRO HAC VICE*
                                     Defendant(s).    )

       Pursuant to Civil L.R. 11-3, DAVID B. WEINBERG, an active member in good standing of the bar of the DISTRICT OF COLUMBIA, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing INTERVENOR MAKHTESHIM AGAN OF NORTH AMERICA, INC. in the above-entitled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Laurence A. Weiss
    HELLER EHRMAN LLP
    275 Middlefield Road
    Menlo Park, CA 94025-3506
    Tel: (650) 324-7000

PRO HAC VICE APPLICATION
C 08-03542 VRW - 1

WILEY REIN LLP
ATTORNEYS AT LAW
WASHINGTON

1  I declare under penalty of perjury that the foregoing is true and correct.

2

3

4  Dated: August __, 2008

_____
David B. Weinberg

Clerk's Use Only

Initial for fee pd.:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, et al., ) ) ) | |
| Plaintiff(s), ) ) | CASE NO. C 08-03542 VRW |
| v. ) ) | **(Proposed)** |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ) ) ) | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| Defendant(s). ) ) | |

DAVID B. WEINBERG, an active member in good standing of the bar of the DISTRICT OF COLUMBIA, whose business address and telephone number is:

> WILEY REIN LLP
> 1776 K Street, NW
> Washington, DC 20006
> Tel: 202-719-7000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing INTERVENOR MAKHTESHIM AGAN OF NORTH AMERICA, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
VAUGHN R. WALKER
United States District Judge