LAURENCE A. WEISS (Bar No. 164638)
    Laurence.Weiss@hellerehrman.com
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025-3506
Telephone: +1 (650) 324-7000
Facsimile: +1 (650) 324-0638

DAVID B. WEINBERG (D.C. Bar No. 186247)
(Pending *pro hac vice*)
    dweinberg@wileyrein.com
ERIC ANDREAS (D.C. Bar No. 462777)
    eandreas@wileyrein.com
DAVID E. Markert (D.C. Bar No. 502486)
    dmarkert@wileyrein.com
WILEY REIN LLP
1776 K Street NW
Washington, DC  20006
Telephone: +1 (202) 719-7000
Facsimile: +1 (202) 719-7049

Attorneys for Intervenor-Defendant
Makhteshim Agan of North America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, et al.,<br><br>                          Plaintiffs,<br><br>        v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>                          Defendant. | Case No.: C 08-03542 VRW<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, Dina Lewis, declare:

I am employed in San Mateo County.  I am over the age of eighteen years and not a party to the within action.  My business address is Heller Ehrman LLP, 275 Middlefield Road, Menlo Park, California, 94025. I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Menlo Park, California in the ordinary course of business.

On this date, I served:

1. **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE;**

2. **(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*; AND**

3. **CERTIFICATE OF SERVICE**

on the person(s) listed below by placing the document(s) described above in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

Kristen Lee Boyles                          Gregory C. Loarie
Joshua Osborne-Klein                        EarthJustice
EarthJustice Legal Defense Fund             426 17th Street, 5th Floor
705 Second Avenue, Suite 203               Oakland, CA 94612
Seattle, WA 98104

Shelley Davis
Virginia Elizabeth Ruiz
Farmworker Justice
1126 16th St NW, Ste 270
Washington, DC 20036

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 20, 2008, at Menlo Park, California.

_____
/s/
Dina Lewis

2

CERTIFICATE OF SERVICE