| Clerk's Use Only |
|---|
| Initial for fee pd.: |

JANETTE BRIMMER
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340

**FILED**
08 AUG 22 PM 2:55

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

PESTICIDE ACTION NETWORK
NORTH AMERICA, et al.,

        Plaintiff(s),

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

        Defendant(s).

CASE NO. CV08-3542-VRW

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, JANETTE BRIMMER, an active member in good standing of the bar of Minnesota State Supreme Court, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Gregory C. Loarie, Earthjustice, 426 - 17th Street, 5th Floor, Oakland, CA 94612, (510) 550-6725

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2008

| | |
|---|---|
| | RECEIVED<br>08 AUG 22 PM 2:55 |

UNITED STATES DISTRICT COURT

Northern District of California

PESTICIDE ACTION NETWORK
NORTH AMERICA, et al.,

            Plaintiff(s),

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

           Defendant(s).

CASE NO. CV08-3542-VRW

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

JANETTE BRIMMER, an active member in good standing of the bar of Minnesota State Supreme Court whose business address and telephone number (particular court to which applicant is admitted) is

Earthjustice, 705 Second Avenue, Suite 203, Seattle, WA 98104
(206) 343-7340

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

                                            United States District   Judge