JOSHUA OSBORNE-KLEIN (WSB #36736)    THE HONORABLE VAUGHN R. WALKER
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
josborne-klein@earthjustice.org
kboyles@earthjustice.org

SHELLEY DAVIS (CSB #84539)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

*Attorneys for Plaintiffs*
*(complete list of parties on signature page)*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' STATEMENT OF NON-OPPOSITION
TO MAKHTESHIM AGAN'S MOTION FOR LEAVE TO
INTERVENE  (CV08-3542-VRW)

1

2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

3

4

5

6

7

8

9

| PESTICIDE ACTION NETWORK NORTH AMERICA, UNITED FARM WORKERS, NATURAL RESOURCES DEFENSE COUNCIL, TEAMSTERS LOCAL 890, BEYOND PESTICIDES, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, CENTER FOR ENVIRONMENTAL HEALTH, FARM LABOR ORGANIZING COMMITTEE, AFL-CIO, and ALASKA COMMUNITY ACTION ON TOXICS, | ) ) ) ) ) ) ) ) ) |
|---|---|

Case No.  CV08-3542-VRW

PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO MAKHTESHIM AGAN'S MOTION FOR LEAVE TO INTERVENE

Plaintiffs,

10

v.

11

12

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

13

Defendant.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' STATEMENT OF NON-OPPOSITION
TO MAKHTESHIM AGAN'S MOTION FOR LEAVE TO
INTERVENE (CV08-3542-VRW)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1    Plaintiffs Pesticide Action Network North America <u>el al.</u> do not oppose defendant-

2  intervenor-applicant Makhteshim Agan of North America's motion for leave to intervene in the

3  above-captioned matter.

4    Respectfully submitted this 26th day of August, 2008.

5                                              /s/ Joshua Osborne-Klein
                                          JOSHUA OSBORNE-KLEIN (WSB #36736)
6                                         KRISTEN L. BOYLES (CSB #158450)
                                          Earthjustice
7                                         705 Second Avenue, Suite 203
                                          Seattle, WA  98104
8                                         (206) 343-7340
                                          (206) 343-1526 *[FAX]*
9                                         josborne-klein@earthjustice.org
                                          kboyles@earthjustice.org
10

11
                                          SHELLEY DAVIS (CSB #84539)
12                                        VIRGINIA RUIZ (CSB #194986)
                                          Farmworker Justice
13                                        1126 – 16th Street, N.W., Suite 270
                                          Washington, D.C.  20036
14                                        (202) 293-5420
                                          (202) 293-5427 *[FAX]*
15                                        sdavis@nclr.org
                                          vruiz@nclr.org
16

17
                                          *Attorneys for Plaintiffs Pesticide Action Network*
18                                        *North America, United Farm Workers, Natural*
                                          *Resources Defense Council, Teamsters Local 890,*
19                                        *Beyond Pesticides, Pineros y Campesinos Unidos*
                                          *del Noroeste, Center for Environmental Health,*
20                                        *Farm Labor Organizing Committee, AFL-CIO, and*
                                          *Alaska Community Action on Toxics*
21

22                                        GREGORY C. LOARIE (CSB #215859)
                                          Earthjustice
23                                        426 - 17th Street, 5th Floor
                                          Oakland, CA  94612
24                                        (510) 550-6725
                                          (510) 550-6749 *[FAX]*
25                                        gloarie@earthjustice.org

26                                        *Local Counsel for Plaintiffs*

27

28  PLAINTIFFS' STATEMENT OF NON-OPPOSITION
    TO MAKHTESHIM AGAN'S MOTION FOR LEAVE TO              *Earthjustice*
    INTERVENE  (CV08-3542-VRW)   -2-                       *705 Second Ave., Suite 203*
                                                          *Seattle, WA  98104*
                                                          *(206) 343-7340*

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

I hereby certify that on August 26, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Laurence A. Weiss
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA  94025-3506
(650) 324-7000
(650) 324-0638 *[FAX]*
*Attorney for Proposed Defendant-Intervenor*
*Makhteshim Agan of North America, Inc.*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via electronic service by Clerk

David B. Weinberg
Eric Andreas
David E. Markert
Wiley Rein LLP
1776 K Street, N.W.
Washington, D.C.  20006
(202) 719-7000
(202) 719-7049 *[FAX]*
*Attorneys for Proposed Defendant-Intervenor*
*Makhteshim Agan of North America, Inc.*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via electronic service by Clerk

and I hereby certify that I have mailed by United States Postal Service and/or emailed the document to the following non CM/ECF participants:

Stephen Johnson
Administrator
Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Mail Code: 1101A
Washington, D.C.  20460

☐ via facsimile
☐ via overnight courier
☒ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☐ via electronic service by Clerk

CERTIFICATE OF SERVICE
(Case No. CV08-3542-VRW)   -1-

Leslie M. Hill
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D. Street N.W., Suite 8000
Washington, D.C.  20004
(202) 514-0375
(202) 514-8865 *[FAX]*
leslie.hill@usdoj.gov
*Attorneys for Defendants*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☒ via e-mail
☐ via electronic service by Clerk

    I, Cheryl McEvoy, declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of August, 2008, at Seattle, Washington.

_____
Cheryl McEvoy

CERTIFICIATE OF SERVICE
(Case No. CV08-3542-VRW)   -2-