| Clerk's Use Only |
|---|
| Initial for fee pd.: |

CHAMBERS' COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
08 AUG 20 PM 4: 57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PESTICIDE ACTION NETWORK
NORTH AMERICA, et al.,

        Plaintiff(s),

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

        Defendant(s).

CASE NO. C 08-03542 VRW

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

DAVID B. WEINBERG, an active member in good standing of the bar of the DISTRICT OF COLUMBIA, whose business address and telephone number is:

    WILEY REIN LLP
    1776 K Street, NW
    Washington, DC 20006
    Tel: 202-719-7000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing INTERVENOR MAKHTESHIM AGAN OF NORTH AMERICA, INC.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/29/2008



GRANTED
Judge Vaughn R Walker