RECEIVED 08 AUG 22 PM 2:55 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California

PESTICIDE ACTION NETWORK NORTH AMERICA, et al.,

Plaintiff(s),

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

Defendant(s).
/

**CASE NO. CV08-3542-VRW**

**~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

JANETTE BRIMMER, an active member in good standing of the bar of Minnesota State Supreme Court (particular court to which applicant is admitted) whose business address and telephone number is

Earthjustice, 705 Second Avenue, Suite 203, Seattle, WA 98104
(206) 343-7340,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/29/2008




United States District Judge

UNITED STATES DISTRICT COURT
For the Northern District of California