JOSHUA OSBORNE-KLEIN (WSB #36736)   THE HONORABLE MARILYN H. PATEL
*Admitted Pro Hac Vice*
KRISTEN L. BOYLES (CSB #158450)
JANETTE K. BRIMMER (MNB #174762)
*Admitted Pro Hac Vice*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
josborne-klein@earthjustice.org
kboyles@earthjustice.org
jbrimmer@earthjustice.org

SHELLEY DAVIS (CSB #84539)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 *[FAX]*
sdavis@nclr.org
vruiz@nclr.org

*Attorneys for Plaintiffs*
*(complete list of parties on signature page)*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

STIPULATION REQUESTING REMOVAL FROM
THE ADR MULTI-OPTION PROGRAM AND
[PROPOSED] ORDER (Case No. CV08-3542-MHP)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, UNITED FARM WORKERS, NATURAL RESOURCES DEFENSE COUNCIL, TEAMSTERS LOCAL 890, BEYOND PESTICIDES, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, CENTER FOR ENVIRONMENTAL HEALTH, FARM LABOR ORGANIZING COMMITTEE, AFL-CIO, and ALASKA COMMUNITY ACTION ON TOXICS, <br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Case No. CV08-3542-MHP<br><br>STIPULATION REQUESTING REMOVAL FROM THE ADR MULTI-OPTION PROGRAM AND [PROPOSED] ORDER |

STIPULATION REQUESTING REMOVAL FROM
THE ADR MULTI-OPTION PROGRAM AND
[PROPOSED] ORDER (Case No. CV08-3542-MHP)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1  The undersigned parties appreciate the opportunity to participate in the Court's ADR multi-option program. However, the parties agree that the above-captioned administrative review case is not amenable to an intermediate resolution at this time, none of the ADR processes are likely to lead to resolution of the case or deliver benefits sufficient to justify the resources consumed by its use, and the case should continue before the Court. See ADR LR 3-5(e)(3). The parties therefore jointly stipulate and request, pursuant to ADR LR 3-3(c) and Civ. LR 7-12, that the Court remove the above-captioned case from its ADR multi-option program.

Respectfully submitted this 3rd day of October, 2008.

/s/ Joshua Osborne-Klein
JOSHUA OSBORNE-KLEIN (WSB #36736)
KRISTEN L. BOYLES (CSB #158450)
JANETTE K. BRIMMER (MNB #174762)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 [FAX]
josborne-klein@earthjustice.org
kboyles@earthjustice.org
jbrimmer@earthjustice.org

SHELLEY DAVIS (CSB #84539)
VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C. 20036
(202) 293-5420
(202) 293-5427 [FAX]
sdavis@nclr.org
vruiz@nclr.org

*Attorneys for Plaintiffs Pesticide Action Network North America, United Farm Workers, Natural Resources Defense Council, Teamsters Local 890, Beyond Pesticides, Pineros y Campesinos Unidos del Noroeste, Center for Environmental Health, Farm Labor Organizing Committee, AFL-CIO, and Alaska Community Action on Toxics*

STIPULATION REQUESTING REMOVAL FROM
THE ADR MULTI-OPTION PROGRAM AND
[PROPOSED] ORDER (Case No. CV08-3542-MHP)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*


RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division


/s/  Joshua Osborne-Klein, for *
LESLIE M. HILL (D.C. Bar No. 476008)

<u>* per email authorization</u>   U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street, N.W., Suite 8000
Washington, D.C.  20004
(202) 514-0375
(202) 514-8865 *[FAX]*
leslie.hill@usdoj.gov

ERIK PETERSEN (D.C. Bar No. 489073)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
601 D Street, N.W., Suite 3033
Washington, D.C.  20004
(202) 305-0339
(202) 305-0275 *[FAX]*
erik.petersen@usdoj.gov

*Attorneys for Defendant*

STIPULATION REQUESTING REMOVAL FROM
THE ADR MULTI-OPTION PROGRAM AND
[PROPOSED] ORDER (Case No. CV08-3542-MHP)   -4-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED this __7th__ day of __October_____, 2008.



_____
THE HONORABLE MARILYN H. PATEL
United States District Judge

STIPULATION REQUESTING REMOVAL FROM
THE ADR MULTI-OPTION PROGRAM AND
[PROPOSED] ORDER (Case No. CV08-3542-MHP)   -5-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

I hereby certify that on October 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Leslie M. Hill
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C.  20026-3986
**Street Address**:
601 D. Street N.W., Suite 8000
Washington, D.C.  20004
(202) 514-0375
(202) 514-8865 *[FAX]*
leslie.hill@usdoj.gov
*Attorneys for Defendants*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via CM/ECF system

Erik E. Petersen
U.S. Department of Justice
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, D.C.  20044-7369
**Street Address**:
601 D Street, N.W., Room 3909
Washington, D.C.  20004
(202) 305-0339
(202) 305-0275 *[FAX]*
erik.petersen@usdoj.gov
*Attorneys for Defendants*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via CM/ECF system

Laurence A. Weiss
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA  94025-3506
(650) 324-7000
(650) 324-0638 *[FAX]*
*Attorney for Proposed Defendant-Intervenor Makhteshim Agan of North America, Inc.*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via CM/ECF system

CERTIFICATE OF SERVICE
(Case No. CV08-3542-MHP)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

| | |
|---|---|
| David B. Weinberg<br>Eric Andreas<br>David E. Markert<br>Wiley Rein LLP<br>1776 K Street, N.W.<br>Washington, D.C.  20006<br>(202) 719-7000<br>(202) 719-7049 *[FAX]*<br>*Attorneys for Proposed Defendant-Intervenor Makhteshim Agan of North America, Inc.* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via CM/ECF system |

   I, Catherine Hamborg, declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of October, 2008, at Seattle, Washington.

_____
Catherine Hamborg

CERTIFICATE OF SERVICE
(Case No. CV08-3542-MHP)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*