KRISTEN L. BOYLES (CSB #158450)   THE HONORABLE MARILYN H. PATEL
JANETTE K. BRIMMER (MNB #174762)
*Admitted Pro Hac Vice*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
kboyles@earthjustice.org
jbrimmer@earthjustice.org

VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 *[FAX]*
vruiz@nclr.org

*Attorneys for Plaintiffs*
*(complete list of parties on signature page)*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT
TO FED. R. CIV. P. 41(a)(1)(ii)(Case No. CV08-3542-MHP)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, UNITED FARM WORKERS, NATURAL RESOURCES DEFENSE COUNCIL, TEAMSTERS LOCAL 890, BEYOND PESTICIDES, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, CENTER FOR ENVIRONMENTAL HEALTH, FARM LABOR ORGANIZING COMMITTEE, AFL-CIO, and ALASKA COMMUNITY ACTION ON TOXICS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | Case No. CV08-3542-MHP <br><br> STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii) |

On November 28, 2008, this Court issued an Order for Stay in the above-captioned case pending a final decision by the Ninth Circuit Court of Appeals in <u>United Farm Workers v. EPA</u>, No. 08-35528 (9th Cir.). On January 26, 2010, the Ninth Circuit issued an opinion holding that challenges to pesticide reregistration decisions made after a public hearing must be brought in the appellate court within 60 days of the challenged decision. Appellants United Farm Workers petitioned for rehearing. On April 19, 2010, the Ninth Circuit denied the petition for rehearing or rehearing en banc, and the mandate in that appeal issued on April 27, 2010. <u>See</u> Fed. R. App. P. 41(b).

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiffs, federal defendants, and defendant-intervenors stipulate to the voluntary dismissal of plaintiffs' Complaint for Declaratory and Injunctive Relief. Each party will bear its own costs.

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT
TO FED. R. CIV. P. 41(a)(1)(ii)(Case No. CV08-3542-MHP)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1   Respectfully submitted this 30th day of April, 2010.

        /s/ Kristen L. Boyles
KRISTEN L. BOYLES (CSB #158450)
JANETTE K. BRIMMER (MNB #174762)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340
(206) 343-1526 *[FAX]*
kboyles@earthjustice.org
jbrimmer@earthjustice.org

VIRGINIA RUIZ (CSB #194986)
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C.  20036
(202) 293-5420
(202) 293-5427 *[FAX]*
vruiz@nclr.org

*Attorneys for Plaintiffs Pesticide Action Network North America, United Farm Workers, Natural Resources Defense Council, Teamsters Local 890, Beyond Pesticides, Pineros y Campesinos Unidos del Noroeste, Center for Environmental Health, Farm Labor Organizing Committee, AFL-CIO, and Alaska Community Action on Toxics*

GREGORY C. LOARIE (CSB #215859)
Earthjustice
426 - 17th Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT
TO FED. R. CIV. P. 41(a)(1)(ii)(Case No. CV08-3542-MHP)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

       /s/ Kristen L. Boyles for*
LESLIE M. HILL (DCB# 476008)
Environmental Defense Section
United States Department of Justice
Environment and Natural Resources Division
601 D Street N.W., Suite 8000
Washington, D.C.  20004
(202) 514-0375
(202) 514-8865 *[FAX]*
Leslie.Hill@usdoj.gov

*Attorneys for Defendants*

*per e-mail authorization

       /s/ Kristen L. Boyles for*
DAVID B. WEINBERG (DCB# 186247)
ERIC ANDREAS (DCB# 462777)
DAVID E. MARKERT (DCB# 502486)
Wiley Rein LLP
1776 K Street N.W.
Washington DC  20006
(202) 719-7000
(202) 719-7049 *[FAX]*
dweinberg@wileyrein.com
eandreas@wileyrein.com
dmarkert@wileyrein.com

*Attorneys for Intervenor-Defendant
Dow AgroSciences LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

5/12/2010

Honorable Marilyn H. Patel
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT
TO FED. R. CIV. P. 41(a)(1)(ii)(Case No. CV08-3542-MHP)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

I hereby certify that on April 30, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Leslie M. Hill<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 23986<br>Washington, D.C. 20026-3986<br>**Street Address**:<br>601 D. Street N.W., Suite 8000<br>Washington, D.C. 20004<br>(202) 514-0375<br>(202) 514-8865 *[FAX]*<br>leslie.hill@usdoj.gov<br>*Attorneys for Defendants* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via CM/ECF system |
| Erik E. Petersen<br>U.S. Department of Justice<br>Wildlife & Marine Resources Section<br>Ben Franklin Station<br>P.O. Box 7369<br>Washington, D.C. 20044-7369<br>**Street Address**:<br>601 D Street, N.W., Room 3909<br>Washington, D.C. 20004<br>(202) 305-0339<br>(202) 305-0275 *[FAX]*<br>erik.petersen@usdoj.gov<br>*Attorneys for Defendants* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via CM/ECF system |
| Laurence A. Weiss<br>HOGAN & HARTSON LLP<br>525 University Avenue, 4th Floor<br>Palo Alto, CA 94301<br>(650) 463-4000<br>(650) 463-4199 *[FAX]*<br>laweiss@hhlaw.com<br>*Attorney for Proposed Defendant-Intervenor Makhteshim Agan of North America, Inc.* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via hand delivery<br>☐ via e-mail<br>☒ via CM/ECF system |

CERTIFICATE OF SERVICE
(Case No. CV08-3542-MHP)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| | |
|---|---|
| David B. Weinberg | ☐ via facsimile |
| Eric Andreas | ☐ via overnight courier |
| David E. Markert | ☐ via first-class U.S. mail |
| Wiley Rein LLP | ☐ via hand delivery |
| 1776 K Street, N.W. | ☐ via e-mail |
| Washington, D.C.  20006 | ☒ via CM/ECF system |
| (202) 719-7000 | |
| (202) 719-7049 *[FAX]* | |
| dweinberg@wileyrein.com | |
| eandreas@wileyrein.com | |
| dmarkert@wileyrein.com | |

*Attorneys for Proposed Defendant-Intervenor Makhteshim Agan of North America, Inc.*

I, Cheryl McEvoy, declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of April, 2010, at Seattle, Washington.

_____
Cheryl McEvoy

CERTIFICATE OF SERVICE
(Case No. CV08-3542-MHP)    -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*